UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) CAUSE NO. 1:19-mj-0067 |
| KASON DIXON | ) |
| Defendant. | ) |

## PENALTY SHEET

You have been charged in a Complaint with a violation of the Laws of the United States of America. The potential penalties are as follows:

| Count | Statute | Years of Imprisonment | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 21 U.S.C. § 841(a)(1) Possession with Intent to Distribute a Controlled Substance | 0-5 | $250,000 | NLT 1 Year |
| 2 | 18 U.S.C. § 924(c) Possession a Firearm During and in Relation to a Drug Trafficking Crime | 5 – Life | $250,000 | NMT 3 Years |

Dated: _____   _____
KASON DIXON
Defendant

I certify that the defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana