# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**FILED**
JAN 2 4 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

United States of America
v.

KASON DIXON

*Defendant*

Case No. 1:19-mj-0067

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* KASON DIXON,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841(a)(1)
Count 2: Possession a Firearm During and in Relation to a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)

Date: 01/17/2019

*Issuing officer's signature*

City and state: Indianapolis, IN

Hon. Tim A. Baker, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1-17-19, and the person was arrested on *(date)* 1-24-19
at *(city and state)* Indianapolis IN.

Date: 1-24-19

*Arresting officer's signature*

ANDREW SULLIVAN  S/A  ATF
*Printed name and title*