UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) | 1:19-mj-0067-TAB |
| | ) ) | |
| KASON DIXON, | ) ) | |
| Defendant. | ) ) | |

## APPEARANCE

TO: CLERK OF COURT

Please enter the appearance of Mike J. Donahoe, Indiana Federal Community Defenders, Inc., as attorney for the Defendant.

Dated: JANUARY 25, 2019

*Mike J. Donahoe*
Mike J. Donahoe
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Ste 3200
Indianapolis, IN. 46204
(317) 383-3520
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on **JANUARY 25, 2019** a copy of the foregoing **APPEARANCE** was electronically filed. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system

*Mike J. Donahoe*
Mike J. Donahoe