UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2019 FEB -7 PM 4: 36
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Cause No. 1:19-cr- |
| KASON DIXON, ) | |
| Defendant. ) | 1:19-cr-0035 JMS DLP |

INDICTMENT

The Grand Jury charges that:

COUNT ONE
(Possession with Intent to Distribute a Controlled Substance)
21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D)

On or about January 15, 2019, within the Southern District of Indiana, Indianapolis Division, the defendant,

KASON DIXON,

did knowingly and intentionally possess with intent to distribute marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT TWO
## Possessing a Firearm in Furtherance of a Drug Trafficking Crime
## 18 U.S.C. § 924(c)

On or about January 15, 2019, within the Southern District of Indiana, Indianapolis Division, the defendant,

## KASON DIXON,

did knowingly possess a firearm, that is a Glock model 19 9mm semiautomatic pistol bearing serial number BGBA079, and a Canik model TP9SF 9mm semiautomatic pistol bearing serial number T6472-16-AT16549, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, as alleged in Count One.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION

The allegations in Counts One and Two of this Indictment are realleged as if fully set forth herein, for the purpose of giving the defendant notice that the United States intends to seek forfeiture of various property pursuant to Title 18, United States Code, Section 924, Title 28, United States Code, Section 2461, and Title 21, United States Code, Section 853.

If convicted of the offense set forth in Count One or Two of the Indictment, KASON DIXON, defendant herein, shall forfeit to the United States the defendant's interest in property seized by law enforcement on or about January 15, 2019, including but not limited to:

a. A Glock model 19 9mm semiautomatic pistol bearing serial number BGBA079;

b. A Canik model TP9SF 9mm semiautomatic pistol bearing serial number T6472-16-AT16549; and

c. Twenty three (23) rounds of 9mm ammunition.

A TRUE BILL:

FOREPERSON

JOSH J. MINKLER
UNITED STATES ATTORNEY

by: _____
Jeffrey D. Preston
Assistant United States Attorney