UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO. ) |
| KASON DIXON | ) 1:19-cr-0035 JMS ) |
| Defendant. | ) DLP |

## PENALTY SHEET

You have been charged in an Indictment with a violation of the Laws of the United States of America. The potential penalties are as follows:

| Count | Statute | Years of Imprisonment | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D) Possession with Intent to Distribute a Controlled Substance | 0-5 | $250,000 | NLT 2 Year |
| 2 | 18 U.S.C. § 924(c)(1)(A)(i) Possessing a Firearm in Furtherance of a Drug Trafficking Crime | 5 – Life | $250,000 | NMT 5 Years |

Dated: _____    _____
                                  KASON DIXON
                                  Defendant

I certify that the defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana

*Filed stamp: U.S. District Court, Indianapolis Division, 2019 FEB -7 PM 4:36, Southern District of Indiana, Laura A. Briggs, Clerk*