UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:19-cr-0035-JMS-DLP |
| | ) | |
| KASEN DIXON, | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR FEBRAURY 19, 2019**
**HONORABLE MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared for an initial appearance on the Indictment filed on February 7, 2019. Defendant appeared in person and by FCD counsel Michael Donahoe. Government represented by AUSA Kendra Klump for AUSA Jeff Preston. USPO represented by Ryan Harrold.

Financial affidavit approved on January 24, 2019.

Charges, rights and penalties were reviewed and explained.

Parties were ordered to disclose evidence on or before **March 5, 2019**.

Defendant waived formal arraignment and reading of the Indictment.

Parties are to notify the court when the issue of release or detention becomes ripe.

Defendant remanded to the custody of the U.S. Marshal pending further proceedings before the court.

Dated:   19 FEB 2019

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system