AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

United States of America
v.

KASON DIXON

*Defendant*

Case No. 1:19-cr-0035 JMS ▆▆
DLP

**FILED**
FEB 1 9 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* KASON DIXON,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(D)
Count 2: Possessing a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i)

Date: February 8, 2019

CLERK OF COURT, Laura A. Briggs
BY: *[signature]* Deputy Clerk

City and state: Indianapolis, IN

---

**Return**

This warrant was received on *(date)* 2/8/19, and the person was arrested on *(date)* 2/15/19
at *(city and state)* Indianapolis, IN.

Date: 2/19/19

*[signature]*
Arresting officer's signature

William Karlfen, JUSM
Printed name and title